James C. Carmody
Meyer, Fluegge & Tenney, PS
230 South Second Street
Yakima, WA  98907
509-575-8500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVE SWISHER, individually, and FARM 2005, LLC, a Washington limited liability company, | NO.  4:25-CV-05055-MKD |
| Plaintiffs, | JOINT SCHEDULING CONFERENCE REPORT AND DISCOVERY PLAN |
| v. | |
| CITY OF PASCO, a municipality of the State of Washington | |
| Defendant. | |

The parties, pursuant to the Notice Setting Scheduling Conference filed

on June 11, 2025, (ECF No. 5) jointly submit the following report:

1.      Jurisdiction and venue are proper. This Court has original

jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3) to review allegations

of deprivations of federal constitutional rights and requests for relief under 42

U.S.C. §1983.  The Court has jurisdiction over this case, which as removed

from Franklin County Superior Court, pursuant to 28 U.S.C. §§1441 and 1446.

JOINT SCHEDULING CONFERENCE
REPORT AND DISCOVERY PLAN - 1

**2.**    Service of process is complete. No additional parties need to be added.

**3.**    Plaintiff Farm 2005, LLC ("Farm") is the owner of real property situated within the City of Pasco, Washington, that was the subject of a land use application by Farm and plaintiff David Swisher proposing subdivision of an undeveloped 129.9-acre parcel into 461 single-family residential lots. The project was known as "Madison Park North". The land use application was filed with the City of Pasco and deemed complete on April 17, 2023. The lawsuit before this Court involves claims for delayed project processing, arbitrary and capricious conduct, failure to comply with process and review requirements, and ultimately imposition of permit conditions and regulatory exactions in violation of the Fifth Amendment and Fourteenth Amendment of the United States Constitution under principles established in *Nollan v. California Coastal Comm'n,* 483 U.S. 825, 107 S.Ct. 3141, 97 L.Ed. 2d 677 (1987) and *Dolan v. City of Tigard,* 512 U.S. 374, 114 S.Ct. 2309, 129 L.Ed. 2d 304 (1994). Plaintiffs' Complaint includes both federal and state claims as follows:

JOINT SCHEDULING CONFERENCE
REPORT AND DISCOVERY PLAN - 2

MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street, Suite 101
Yakima, WA 98901
Telephone (509) 575-8500
Fax (509) 575-4676

    **a.** *Claim under 42 U.S.C. Section 1983.* The Complaint alleges that the City of Pasco, acting under color of state law, exacted property interests and imposed permit conditions that violate the Fifth Amendment and Fourteenth Amendment of the Federal Constitution, including but not limited to the following (i) imposition of requirement that Plaintiff waive rights of protest to formation of Local Improvement District (LID) and Utility Local Improvement District (ULID) as provided by RCW 35.43.180; (ii) denial of credits to transportation impact fees and acceleration of impact fee payments; and (iii) the taking of property through required dedication of a full 100' right-of-way for extension and construction of Burns Road which constitutes the full right-of-way dedication of property for the development and extension of a Principle Arterial Roadway, which the Complaint alleges was in violation of *Nollan/Dolan* requirements of "nexus" and "rough proportionality".

    **b.** *State Law Claim.* The Complaint also alleges a cause of action against the City for arbitrary, capricious, and unlawful agency acts related to permitting decisions and delays in violation of RCW 64.40.020(1).

JOINT SCHEDULING CONFERENCE
REPORT AND DISCOVERY PLAN - 3

MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street, Suite 101
Yakima, WA 98901
Telephone (509) 575-8500
Fax (509) 575-4676

**4.** The City of Pasco denies the above-described allegations. Local government's authority to require developers to minimize and offset their impacts on the broader community is well-established. Here, the proposed Madison Park North development imposed a significant impact on the City, affecting, among other things, traffic and public utilities. The City thus exercised its legal discretion to ensure the costs attendant to this development were borne by the developer, and not externalized onto local residents and taxpayers. The City believes most, if not all, of this action is amenable to resolution as a matter of law.

**5.** This action does not challenge the constitutionality of any statute.

**6.** This matter is not being pursued as a class action.

**7.** At this time there are no issues that should be certified to the Supreme Court of the State of Washington.

**8.** Plaintiffs have filed non-government corporate parties disclosures pursuant to Fed. R. Civ. P. 7.1.

JOINT SCHEDULING CONFERENCE
REPORT AND DISCOVERY PLAN - 4

MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street, Suite 101
Yakima, WA 98901
Telephone (509) 575-8500
Fax (509) 575-4676

**9.** The parties have stipulated that initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) will be accomplished by .November 22, 2025.[1]

**10.** With respect to discovery, the parties provide the following:

    **a.** ***Initial Disclosures.*** The parties shall disclose their Fed. R. Civ P. 26(a)(1) material no later than  November 22, 2025.

    **b.** ***Discovery Limitations.*** The parties propose the following discovery limitations tracking the Federal Rules of Civil Procedure:

        **i.** ***Depositions.*** No more than ten (10) depositions, each limited to seven hours in one day, which may be taken by Plaintiffs and Defendants without leave of the Court. Fed. R. Civ. P. 30(a)(2), (d)(1).

        **ii.** ***Interrogatories.*** No party may serve more than twenty five (25) interrogatories, including discrete subparts, on any other party without leave of the Court. Fed. R. Civ. P. 33(a)(1).

        **iii.** ***Requests for Production.*** No party may serve more than twenty five (25) requests on any other party without leave of the Court.

---

[1] Plaintiffs are pursuing a parallel action in superior court under Washington's Land Use Petition Act (LUPA). The hearing on the merits is scheduled for October 15, 2025. It is anticipated that the court will take issues under advisement and issue a written decision within thirty (30) days.Both

JOINT SCHEDULING CONFERENCE
REPORT AND DISCOVERY PLAN - 5

MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street, Suite 101
Yakima, WA 98901
Telephone (509) 575-8500
Fax (509) 575-4676

c.    *Expert Disclosures.*

i.    *Initial Expert Disclosures.* Each party shall identify its experts and serve written reports as required by Rule 26(a)(2) on all other parties no later than January 30, 2026. Each party shall also provide dates for which those experts can be available for deposition.

ii.    *Rebuttal Expert Disclosures.* Each party shall identify its rebuttal experts and serve written reports as required by Rule 26(a)(2) on all parties no later than March 14, 2026. Each party shall also provide dates for which those experts can be available for deposition.

iii.    *Modifications.* The parties may modify the deadline for exchange of expert disclosures by joint stipulation filed with the Court. A motion shall not be required.

d.    *Discovery Deadline.* All discovery shall be completed on or before May 15, 2026.

e.    Any claims of privilege will be governed by the Federal Rules of Civil Procedure and applicable laws of the United States of America

---

parties anticipate the outcome of the LUPA case  may impact the damage claims in this action.  The

JOINT SCHEDULING CONFERENCE
REPORT AND DISCOVERY PLAN - 6

MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street, Suite 101
Yakima, WA 98901
Telephone (509) 575-8500
Fax (509) 575-4676

and the State of Washington.  The parties have agreed that, with respect to confidential information, the parties are open to a protective order or stipulating to a confidentiality agreement concerning information such as employee files, financial information, trade secrets, or confidential business information, and any other confidential information that may be disclosed or discoverable.

    **11.**    The parties anticipate dispositive motions and propose the following deadlines for motions in this proceeding:

        **a.**    ***Motions to Amend Pleadings or Add Parties.*** Any motion to amend the pleadings or add named parties shall be filed and served by November 22, 2025.

        **b.**    ***Dispositive Motions.*** The parties propose that dispositive motions be filed by May 15, 2026.

        **c.**    ***Trial Date.*** The parties propose that trial be set for August 17, 2026, or as soon thereafter as the Court has availability.

---

schedule proposed herein takes this into account.

JOINT SCHEDULING CONFERENCE
REPORT AND DISCOVERY PLAN - 7

MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street, Suite 101
Yakima, WA 98901
Telephone (509) 575-8500
Fax (509) 575-4676

**12.**     The parties propose that the trial be held in Richland, Washington. A jury has not been requested and it is anticipated that a trial will take  five (5) days. There is no request for bifurcation in the proceeding.

**13.**     It is unknown whether this case is likely to settle, but the parties are committed to exploring potential alternative dispute resolution as this case develops.

**14.**     The parties are not aware of any other issues that would help assure the just, efficient, and economical determination of this action.

DATED THIS 10th day of July, 2025.

s/ JAMES C. CARMODY
WSBA #5205
Meyer, Fluegge & Tenney P.S.
Attorneys for Plaintiffs
230 South 2nd Street #101
Yakima, WA  98901
Telephone: (509) 575-8500
Fax: (509) 575-4676
Email: Carmody@mftlaw.com

JOINT SCHEDULING CONFERENCE
REPORT AND DISCOVERY PLAN - 8

MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street, Suite 101
Yakima, WA 98901
Telephone (509) 575-8500
Fax (509) 575-4676

s/ADAM L. ROSENBERG
WSBA #39256
Keller Rohrback L.L.P.
Attorneys for Defendant
1201 Third Avenue, Suite 3400
Seattle, WA  98101-3268
Telephone:  (206) 623-1900
Fax: (206) 623-3384
Email: arosenberg@kellerrohrback.com

s/BOB C. STERBANK
WSBA #19514
Foster Garvey PC
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone:  (206) 447-4400
Fax: (206) 447-9700
Email: bob.sterbank@foster.com

JOINT SCHEDULING CONFERENCE
REPORT AND DISCOVERY PLAN - 9

**MEYER, FLUEGGE & TENNEY, P.S.**
230 South Second Street, Suite 101
Yakima, WA 98901
Telephone (509) 575-8500
Fax (509) 575-4676

CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2025, I filed the foregoing *Joint Scheduling Conference Report and Discovery Plan* with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

ADAM L. ROSENBERG
Keller Rohrback, LLP
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Email: arosenberg@kellerrohrback.com; lflasch@kellerrohrback.com

BOB C. STERBANK
PAT SCHNEIDER
WILLIAM KENIK
Foster Garvey PC
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Email: bob.sterbank@foster.com; pat.schneider@foster.com;
          William.kenik@foster.com; debra.turner@foster.com;
          Keri.newman@foster.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

JOINT SCHEDULING CONFERENCE
REPORT AND DISCOVERY PLAN - 10

MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street, Suite 101
Yakima, WA 98901
Telephone (509) 575-8500
Fax (509) 575-4676

s/ JAMES C. CARMODY
WSBA #5205
Meyer, Fluegge & Tenney P.S.
Attorneys for Plaintiffs
230 South 2nd Street #101
Yakima, WA  98901
Telephone: (509) 575-8500
Fax: (509) 575-4676
Email: Carmody@mftlaw.com

4896-7244-9876, v. 1

JOINT SCHEDULING CONFERENCE
REPORT AND DISCOVERY PLAN - 11

MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street, Suite 101
Yakima, WA 98901
Telephone (509) 575-8500
Fax (509) 575-4676